STATE of Missouri, Respondent,

v.

Columbus SANDERS, Appellant.

No. 67073.

Missouri Court of Appeals,
Eastern District,
Division Two.

Sept. 26, 1995.

Columbus Sanders, Cameron, pro se.

Jeremiah W. (Jay) Nixon, Atty. Gen., David G. Brown, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRAHAN, P.J., and CRANDALL, and DOWD, JJ.

### ORDER

PER CURIAM.

Movant, Columbus Sanders, pleaded guilty to burglary second degree and stealing a firearm. He was sentenced as a prior, persistent, and class X offender under § 558.016, RSMo, (1986), to two concurrent sixteen year terms of imprisonment.

Movant appeals the denial of his "nunc pro tunc motion to set aside judgment for errors of facts."

The judgment of the trial court denying defendant's nunc pro tunc motion is based on findings of fact that are not clearly erroneous; no error of law appears. A written opinion would have no precedential value. The judgment is affirmed. Rule 84.16(b).

STATE of Missouri, Respondent,

v.

Vito RALLO, Appellant.

Vito RALLO, Appellant,

v.

STATE of Missouri, Respondent.

Nos. 64466, 67482.

Missouri Court of Appeals,
Eastern District,
Division Two.

Sept. 26, 1995.

Gary E. Brotherton, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRAHAN, P.J., and CRANDALL and DOWD, JJ.

### ORDER

PER CURIAM.

Defendant appeals following his conviction by a jury of First Degree Arson, § 569.040 RSMo 1994, for which he was sentenced to ten years of incarceration. Defendant also appeals the denial of his 29.15 motion. We have reviewed the briefs and the record on appeal and find no prejudicial error. No jurisprudential purpose would be served by a published opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the reasons for this order. The judgment is affirmed in accordance with Rules 30.25(b) and 84.16(b).